Francis Arenas
7500 W. Lake Mead Blvd., Suite 286
Las Vegas, NV 89128
Telephone: (702) 326-5725
E-mail: faarenas@aol.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Rolanda Brown*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Rolanda Brown, | |
| Plaintiff, | Case No.: 2:19-cv-01454-JCM-BNW |
| vs. | |
| Diversified Consultants, Inc. | |
| Defendant. | |

### STIPULATION OF DISMISSAL
### AS TO DEFENDANT DIVERSIFIED CONSULTANTS, INC

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Diversified Consultants, Inc., with each party to bear its own attorneys' fees and costs.

1

1  August 26, 2021

Respectfully submitted,

By: */s/ Francis Arenas*
Francis Arenas, Esq.
7500 W. Lake Mead Blvd., Suite 286
Las Vegas, NV 89128
Telephone: (702) 326-5725
Email: faarenas@aol.com
*Attorneys for Plaintiff,*
*Rolanda Brown*


/s/ Shannon G. Splaine
Shannon G. Splaine
Nevada Bar No. 8241
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
*Attorneys for Defendant*
*Diversified Consultants, Inc.*

## PROOF OF SERVICE

I, Francis Arenas, hereby state that on August 26, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

*/s/ Francis Arenas*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Rolanda Brown,

      Plaintiff,

vs.

Diversified Consultants, Inc.

      Defendant.

Case No.: 2:19-cv-01454-JCM-BNW

**ORDER OF DISMISSAL**
**<u>WITH PREJUDICE AS TO DEFENDANT DIVERSIFIED CONSULTANTS, INC</u>**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Diversified Consultants, Inc., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Diversified Consultants, Inc., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: August 30, 2021 _____

_____
UNITED STATES DISTRICT JUDGE

25137221